### BOGGS v. JEWETT.

[90 South. 13. No. 22131.]

TRIAL. *Verdict should be instructed for defendant where plaintiff's evidence fails to support declaration.*

On request by the defendant in a civil cause the jury should be directed to return a verdict in his favor when the evidence fails to support the allegations of the plaintiff's declaration.

APPEAL from circuit court of Harrison county.

HON. D. M. GRAHAM, Judge.

Action by R. L. Jewett against W. R. Boggs. From a judgment for plaintiff, defendant appeals. Reversed, and judgment rendered for defendant.

*Gex, Dedeaux & Waller,* for appellant.

*J. L. Taylor,* for appellee.

SMITH, C. J., delivered the opinion of the court.

The evidence wholly fails to support the allegations of the appellee's declaration; consequently the peremptory instruction requested by the appellant should have been given.

Reversed, and judgment here for appellant.

*Reversed.*